# RAWLE & HENDERSON LLP



SHEILA E. O'DONNELL
610-940-4091
SODONNELL@RAWLE.COM

The Nation's Oldest Law Office · *Established in 1783*

www.rawle.com

725 SKIPPACK PIKE
SUITE 230
BLUE BELL, PA 19422

TELEPHONE: 610-940-4092
FACSIMILE: 610-940-4001

March 20, 2023

<u>**Via ECF**</u>
Honorable Christine P. O'Hearn, U.S.D.J.
United States District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

> Re:   <u>**C.K. c/o McLaughlin & Lauricella, P.C. v. Pi Kappa Alpha International Fraternity, Inc.; et al.**</u>
> **No.: 1:23-cv-00968**
> **Our File No.: 720805**

Dear Judge O'Hearn:

    We have no objection to codefendants request for a pre-motion conference in connection with the above-referenced matter.

Respectfully submitted,

**RAWLE & HENDERSON** LLP

By: _____
Sheila E. O'Donnell

cc:   All Counsel of Record (via ECF)