IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW JERSEY

| | |
|---|---|
| C.K.<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>PI KAPPA ALPHA INTERNATIONAL FRATERNITY, INC., PI KAPPA ALPHA FRATERNITY- LOCAL CHAPTER MU ALPHA at ROWAN UNIVERSITY, ROWAN UNIVERISITY, OLUWATOMIWA ADEWUSI, JOHN AND JANE DOES (1-10), and ABC ENTITIES (1-10)<br><br>　　　　　　　　　Defendants. | CIVIL ACTION NO.:<br><br>1:23-CV-00968-CPO-MJS |

## STIPULATION TO DISMISS COUNT I (VIOLATION OF 42 U.S.C. § 1983) AGAINST DEFENDANT ROWAN UNIVERSITY

By way of stipulation, the parties agree to dismiss the claim of Violation of 42 U.S.C. § 1983 (Count I of Plaintiff's Complaint) against Defendant Rowan University, with prejudice.

**LAFFEY, BUCCI & KENT, LLP**

/s/　*Michael McFarland*
　　Michael J. McFarland, Esquire
　　Gaetano D'Andrea, Esquire
　　Jillian Roth, Esquire

**SAUL EWING, LLP**

/s/　_____
　　James Keller, Esquire

　　*Counsel for Defendant Rowan University*

**McLAUGHLIN & LAURICELLA, P.C.**

/s/　_____
　　Alexandra A. Stulpin, Esquire
　　Paul A. Lauricella, Esquire
　　W. Robb Graham, Esquire

　　*Counsel for Plaintiff, C.K.*

Date: March 28, 2023

_____
Court Approval

Date: